In re:  
Kasey J. Kirk  
    Debtor

Case No. 21-00418-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: ntnew341 | Total Noticed: 30 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kasey J. Kirk, 524 Grandview Avenue, Camp Hill, PA 17011-1812 |
| 5393302 | + | B & T Cheese Co., 5890 Lincoln Highway, York, PA 17406-8902 |
| 5393303 | + | Borough of Wormleysburg, 20 Market Street, Wormleysburg, PA 17043-1699 |
| 5393305 | + | Cumberland County Tax Claim Bureau, 1 Courthouse Square, Room 106, Carlisle, PA 17013-3339 |
| 5393307 | + | Hynum Law, 2608 North Third Street, PO Box 5620, Harrisburg, PA 17110-0620 |
| 5393309 | + | JSDC Law Offices, Kimberly A. Bonner, Esquire, 11 East Chocolate Avenue #300, Hershey, PA 17033-1320 |
| 5393308 | + | John Gross & Company, Inc., 400 Cheryl Avenue, Mechanicsburg, PA 17055-3319 |
| 5393310 | + | KML Law Group, PC, Alyk L. Oflazian, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5393311 | + | Law Office of Peter Russo, P.C., 245 Grandview Avenue, Suite 102, Camp Hill, PA 17011-1711 |
| 5393312 | + | Martson Law Offices, Christopher E. Rice, Esquire, 10 East High Street, Carlisle, PA 17013-3015 |
| 5393313 | + | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5393315 | + | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5404265 | + | PPL Electric Utilities, 827 Hausman Road, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5393314 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5393317 | + | Sysco Central Pennsylvania, LLC, 3905 Corey Road, PO Box 3641, Harrisburg, PA 17105-3641 |
| 5393318 | + | Thaddeus Eisenhower, 999 OAK LANE G, New Cumberland, PA 17070-1343 |
| 5393768 | + | U.S. Foods, INc., Hynum Law, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 5393319 | + | UGI Utilities, Inc., PO Box 15503, Wilmington, DE 19850-5503 |
| 5393320 | + | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5393304 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 19:04:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5396385 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 19:04:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5393306 | + | Email/Text: G06041@att.com | Apr 28 2021 18:47:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5397567 | | Email/Text: G06041@att.com | Apr 28 2021 18:47:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5393300 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2021 18:46:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5393301 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2021 18:46:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5393316 | + | Email/Text: Bankruptcies@nragroup.com | Apr 28 2021 18:47:00 | Spirit Physician Services, Inc., c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5399667 | | Email/Text: bkrcy@ugi.com | Apr 28 2021 18:47:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5393321 | + | Email/Text: bankruptcyecf.shared@usfoods.com | | |

| | | | |
|---|---|---|---|
| | | Apr 28 2021 18:47:00 | US Foods, Inc., 9399 West Higgins Road, Suite 100, Rosemont, IL 60018-4910 |
| 5393322 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Apr 28 2021 18:46:00 | Verizon, c/o Eos Cca, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 5393323 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Apr 28 2021 18:46:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 1 Kasey J. Kirk gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Kasey J. Kirk,<br>**Debtor 1** | Chapter | 13 |
| | Case No. | 1:21−bk−00418−HWV |

### Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: June 10, 2021 |
| --- | --- |
| | Time: 10:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 28, 2021 |

ntnew341 (04/18)