# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:21-bk-00418 |
|---|---|
| KASEY J KIRK | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 11/29/2021, I did cause a copy of the following documents, described below,

Order Confirming 2nd Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/29/2021

/s/ Gary J. Imblum, Esquire
Gary J. Imblum, Esquire  42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 238 5250

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KASEY J KIRK | CASE NO: 1:21-bk-00418<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/29/2021, a copy of the following documents, described below,

Order Confirming 2nd Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/29/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum, Esquire
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kasey J. Kirk,

    **Debtor 1**

Chapter 13

Case No. 1:21-bk-00418-HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 21, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: November 24, 2021

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

orcnfpln(05/18)

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-21-BK-00418-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
MON NOV 29 11-26-36 EST 2021

B T CHEESE CO
5890 LINCOLN HIGHWAY
YORK PA 17406-8902

BOROUGH OF WORMLEYSBURG
20 MARKET STREET
WORMLEYSBURG PA 17043-1699

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CUMBERLAND COUNTY TAX CLAIM BUREAU
1 COURTHOUSE SQUARE ROOM 106
CARLISLE PA 17013-3339

DIRECTV
PO BOX 5007
CAROL STREAM IL 60197-5007

DIRECTV LLC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 5072
CAROL STREAM IL 60197-5072

HYNUM LAW
2608 NORTH THIRD STREET
PO BOX 5620
HARRISBURG PA 17110-0620

~~EXCLUDE
GARY J IMBLUM
IMBLUM LAW OFFICES PC
4615 DERRY STREET
HARRISBURG PA 17111-2660~~

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA PA 19101-7346

JSDC LAW OFFICES
KIMBERLY A BONNER ESQUIRE
11 EAST CHOCOLATE AVENUE 300
HERSHEY PA 17033-1320

JOHN GROSS COMPANY INC
400 CHERYL AVENUE
MECHANICSBURG PA 17055-3319

KML LAW GROUP PC
ALYK L OFLAZIAN ESQUIRE
701 MARKET STREET SUITE 5000
PHILADELPHIA PA 19106-1541

DEBTOR
KASEY J KIRK
524 GRANDVIEW AVENUE
CAMP HILL PA 17011-1812

LAW OFFICE OF PETER RUSSO PC
245 GRANDVIEW AVENUE SUITE 102
CAMP HILL PA 17011-1711

MARTSON LAW OFFICES
CHRISTOPHER E RICE ESQUIRE
10 EAST HIGH STREET
CARLISLE PA 17013-3015

MIDFIRST BANK
999 NORTHWEST GRAND BOULEVARD
OKLAHOMA CITY OK 73118-6051

MIDLAND MORTGAGE CO
ATTN CUSTOMER SERVICEBANKRUPTCY
PO BOX 26648
OKLAHOMA CITY OK 73126-0648

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG PA 17128-0946

PPL
2 NORTH 9TH STREET
CPC-GENN1
ALLENTOWN PA 18101-1139

PPL ELECTRIC UTILITIES
827 HAUSMAN ROAD
827 HAUSMAN ROAD
ALLENTOWN PA 18104-9392

PENNSYLVANIA AMERICAN WATER
PO BOX 371412
PITTSBURGH PA 15250-7412

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

REBECCA ANN SOLARZ
KML LAW GROUP PC
701 MARKET ST
SUITE 5000
PHILADELPHIA PA 19106-1541

SPIRIT PHYSICIAN SERVICES INC
CO NATIONAL RECOVERY AGENCY
PO BOX 67015
HARRISBURG PA 17106-7015

SYSCO CENTRAL PENNSYLVANIA LLC
3905 COREY ROAD
PO BOX 3641
HARRISBURG PA 17105-3641

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYSCO CENTRAL PENNSYLVANIA LLC
CO KIMBERLY A BONNER ESQUIRE
JSDC LAW OFFICE
11 E CHOCOLATE AVENUE
SUITE 300
HERSHEY PA 17033-1320

THADDEUS EISENHOWER
999 OAK LANE G
NEW CUMBERLAND PA 17070-1343

US FOODS INC
HYNUM LAW
PO BOX 5620
HARRISBURG PA 17110-0620

UGI UTILITIES INC
ATTN CREDIT COLLECTIONS
P O BOX 13009
READING PA 19612-3009

UGI UTILITIES INC
PO BOX 15503
WILMINGTON DE 19850-5503

UPMC PINNACLE
PO BOX 826813
PHILADELPHIA PA 19182-6813

US FOODS INC
9399 WEST HIGGINS ROAD SUITE 100
ROSEMONT IL 60018-4910

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

VERIZON
CO EOS CCA
700 LONGWATER DRIVE
NORWELL MA 02061-1624

VERIZON WIRELESS
ATTN VERIZON BANKRUPTCY
500 TECHNOLOGY DR STE 500
WELDON SPRINGS MO 63304-2225

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

(Creditor)
MidFirst Bank
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Kasey J. Kirk
524 Grandview Avenue
Camp Hill, PA 17011
(Debtor 1)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(Former Trustee)

dehartstaff@pamd13trustee.com