UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kasey J. Kirk <br>       <u>Debtor</u> <br><br> MIDFIRST BANK <br>       <u>Movant</u> <br><br> vs. <br><br> Kasey J. Kirk <br>       <u>Debtor</u> <br><br> and Jack N. Zaharopoulos, Esq.   . <br>       <u>Trustee</u> | BK. NO. 21-00418 HWV <br><br> CHAPTER 13 <br><br> 11 U.S.C. Section 362 |

## **ORDER**

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on July 1, 2021, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 524 Grandview Avenue Camp Hill, PA 17011.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 18, 2022