# Notice Recipients

District/Off: 0314−1 User: AutoDocketer Date Created: 10/18/2022
Case: 1:21−bk−00418−HWV Form ID: pdf010 Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Denise E. Carlon     bkgroup@kmllawgroup.com
aty     Gary J Imblum     gary.imblum@imblumlaw.com

TOTAL: 2