# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     KASEY J. KIRK                             CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant                                    CASE NO:    1-21-00418-HWV

KASEY J. KIRK

         Respondent(s)

## **CERTIFICATION OF DEFAULT**

      AND NOW on November 29, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- amend the plan within 30 days curing arrears.
- file a motion for wage attachment for payment of the regular monthly payment to the trustee within 30 days of stipulation.
- make the regular monthly payments to the trustee during the remaining term of the plan.

      As of November 29, 2022, the Debtor(s) is/are $8,500.00 in arrears with a plan payment having last been made on Mar 17, 2022.

      In accordance with said stipulation, the case may be dismissed.

                                                     Respectfully Submitted,
                                                     /s/ Douglas R. Roeder, Esquire
                                                     for Jack N. Zaharopoulos, Trustee
                                                     8125 Adams Drive, Suite A
                                                     Hummelstown, PA 17036
                                                     Phone: (717) 566-6097

Dated: November 29, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KASEY J. KIRK             CHAPTER 13
    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                   CASE NO: 1-21-00418-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 29, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| GARY J. IMBLUM, ESQUIRE<br>4615 DERRY STREET<br>HARRISBURG, PA  17111- | SERVED ELECTRONICALLY |
| KASEY J. KIRK<br>524 GRANDVIEW AVENUE<br>CAMP HILL, PA  17011 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2022

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com