In re:  
Kasey J. Kirk  
    Debtor

Case No. 21-00418-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 30, 2022      Form ID: pdf010      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kasey J. Kirk, 524 Grandview Avenue, Camp Hill, PA 17011-1812 |
| 5393302 | + | B & T Cheese Co., 5890 Lincoln Highway, York, PA 17406-8902 |
| 5393303 | + | Borough of Wormleysburg, 20 Market Street, Wormleysburg, PA 17043-1699 |
| 5393305 | + | Cumberland County Tax Claim Bureau, 1 Courthouse Square, Room 106, Carlisle, PA 17013-3339 |
| 5393307 | + | Hynum Law, 2608 North Third Street, PO Box 5620, Harrisburg, PA 17110-0620 |
| 5393309 | + | JSDC Law Offices, Kimberly A. Bonner, Esquire, 11 East Chocolate Avenue #300, Hershey, PA 17033-1320 |
| 5393308 | + | John Gross & Company, Inc., 400 Cheryl Avenue, Mechanicsburg, PA 17055-3319 |
| 5393311 | + | Law Office of Peter Russo, P.C., 245 Grandview Avenue, Suite 102, Camp Hill, PA 17011-1711 |
| 5393312 | + | Martson Law Offices, Christopher E. Rice, Esquire, 10 East High Street, Carlisle, PA 17013-3015 |
| 5393315 | + | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5404265 | + | PPL Electric Utilities, 827 Hausman Road, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5393314 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 5393317 | + | Sysco Central Pennsylvania, LLC, 3905 Corey Road, PO Box 3641, Harrisburg, PA 17105-3641 |
| 5411573 | + | Sysco Central Pennsylvania, LLC, c/o Kimberly A. Bonner, Esquire, JSDC Law Office, 11 E. Chocolate Avenue, Suite 300 Hershey, PA 17033-1320 |
| 5393318 | + | Thaddeus Eisenhower, 999 OAK LANE G, New Cumberland, PA 17070-1343 |
| 5393768 | + | U.S. Foods, INc., Hynum Law, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 5393319 | + | UGI Utilities, Inc., PO Box 15503, Wilmington, DE 19850-5503 |
| 5393320 | + | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5393304 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 18:46:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5396385 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 18:46:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5393306 | + | Email/Text: G06041@att.com | Nov 30 2022 18:44:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5397567 | | Email/Text: G06041@att.com | Nov 30 2022 18:44:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5393300 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 30 2022 18:44:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5393310 | ^ | MEBN | Nov 30 2022 18:39:04 | KML Law Group, PC, Alyk L. Oflazian, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5407694 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 30 2022 18:46:23 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5393313 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 30 2022 18:46:39 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma |

| | | | | |
|---|---|---|---|---|
| 5393301 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | City, OK 73126-0648 |
| | | | Nov 30 2022 18:44:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5393316 | + | Email/Text: Bankruptcies@nragroup.com | Nov 30 2022 18:44:00 | Spirit Physician Services, Inc., c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5399667 | | Email/Text: bkrcy@ugi.com | Nov 30 2022 18:44:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5393321 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Nov 30 2022 18:44:00 | US Foods, Inc., 9399 West Higgins Road, Suite 100, Rosemont, IL 60018-4910 |
| 5393322 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 30 2022 18:43:00 | Verizon, c/o Eos Cca, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 5406999 | | Email/PDF: ebn_ais@aisinfo.com | Nov 30 2022 18:46:39 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5393323 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 30 2022 18:43:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:

**Name** | **Email Address**

Brian C Nicholas
 on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
 on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Gary J Imblum
 on behalf of Debtor 1 Kasey J. Kirk gary.imblum@imblumlaw.com
 gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos (Trustee)
 TWecf@pamd13trustee.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kasey J. Kirk

                        Debtor 1

Chapter: 13
Case No.: 1:21-bk-00418-HWV

Jack N Zaharopoulos
Chapter 13 Trustee
    vs.

                        Movant(s)

Kasey J. Kirk

                        Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case and it having been determined after notice and no response that the case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 30, 2022